IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

      Petitioner,                            No. CIV S-07-2644 LEW JFM P

     vs.

ED FOULK, Executive Director,
Napa State Hospital,

      Respondent.                    <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 27, 2008 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies together with a request for a certificate of appealability. <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2 reason would find it debatable whether the petition states a valid claim of the denial of a
3 constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4 McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

5 After careful review of the entire record herein, this court finds that petitioner has
6 not satisfied the first requirement for issuance of a certificate of appealability in this case.
7 Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8 has exhausted state remedies.  Accordingly, IT IS HEREBY ORDERED that petitioner's April 2,
9 2008 request for a certificate of appealability is denied.

10 DATED: 04/09/2008

13 /s/ Ronald S. W. Lew
   UNITED STATES DISTRICT JUDGE

/atte2644.coa